**GREENVILLE COMMUNICATIONS, LLC, Plaintiff–Appellant,**

v.

**CELLCO PARTNERSHIP, (doing business as Verizon Wireless)**

and

**Alltel Corporation, Defendants–Appellees,**

and

**T–Mobile USA, Inc., Defendant–Appellee,**

and

**AT & T Mobility LLC, (doing business as Cingular Wireless), Defendant–Appellee,**

and

**Sprint Spectrum, L.P., and Nextel Operations, Inc., Defendants–Appellees.**

No. 2012–1676.

United States Court of Appeals, Federal Circuit.

May 17, 2013.

John F. Ward, Ward & Zinna, of New York, NY, argued for plaintiff-appellant. With him on the brief was Michael J. Zinna. Of counsel on the brief were Eric Alan Isaacson, Regis C. Worley, Jr., and Cody R. Lejeune, Robbins Geller Rudman & Down LLP, of San Diego, CA.

Douglas M. Kubehl, Baker Botts, L.L.P., of Dallas, TX, argued for all defendants-appellees. With him on the brief were Samara Kline and Christa Brownsanford; and Richard H. Brown, III, Day Pitney, LLP, of Parsippany, NJ for defendant-appellee AT & T Mobility, LLC; and Kathryn L. Clune and Clyde E. Findley, Crowell & Moring, LLP, of Washington, DC, and Karen A. Confoy, Sterns & Weinroth, P.C., of Trenton, New Jersey, for Defendants-appellees, Sprint Spectrum L.P., et al.; John Christopher Rozendaal and Michael E. Joffre, Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., of Washington, DC, and James P. Flynn, Epstein Becker & Green, of Newark, NJ, for defendants-appellees, Cellco Partnership, et al.; Robert Harkins, Sedgwick LLP, of San Francisco, CA, Kirk R. Ruthenberg, SNR Denton, US, LLP, of Washington, DC, and Arnold B. Calmann, Saiber, LLC, of Newark, NJ, for defendant-appellee T-Mobile, USA, Inc.

Before MOORE, BRYSON, and LINN, Circuit Judges.

### JUDGMENT

PER CURIAM.

This Cause having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**